## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN RE:

|  |  |
|---|---|
| Mark William Hallaman and Dawn Diane Hallaman | CHAPTER 13 |
|  | CASE NO. 17-49789-mbm |
|  | JUDGE Hon. Marci B. McIvor |

Debtor(s).

_____/

## ORDER AUTHORIZING CONTINUED EMPLOYMENT OF
## ATTORNEY IN NON-BANKRUPTCY LEGAL MATTER

This matter came on for hearing on debtor(s) application for authorization to continue employment of an attorney in a non-bankruptcy legal matter, filed in accordance with LBR 9014-1 (E.D.M.), the application having been served and a Notice and Opportunity having been provided in accordance with the Local Rule, and the requisite time for objections having passed, and based upon the records of the Court herein the Court determines that the relief requested is warranted, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the debtor is authorized to continue employment of Ahmad T. Sulaiman and Joseph S. Davidson of Sulaiman Law Group, Ltd. in connection with a non-bankruptcy legal matter;

**IT IS FURTHER ORDERED** that the debtor shall file a motion to approve the settlement of the non-bankruptcy legal matter and approval of compensation prior to any disbursement of the proceeds.

**IT IS FURTHER ORDERED** that the proceeds of the legal matter shall be held pending further Order of the Court.

**Signed on November 15, 2018**



/s/ Marci B. McIvor

**Marci B. McIvor**
**United States Bankruptcy Judge**