# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

Mark Hallaman
Dawn Hallaman
Debtors.

CHAPTER 13
CASE NO. 17-49789
JUDGE Shefferly

_____/

## ORDER ON MOTION TO APPROVE SETTLEMENT OF NON-BANKRUPTCY ACTION, APPROVAL OF ATTORNEY'S FEES AND ALLOWING DEBTOR TO RETAIN PROCEEDS

Upon consideration of the Debtors' Motion, and the Court being fully advised of the premises:

**IT IS HEREBY ORDERED** that the Joint Debtor may settle her action against American Medical Systems for the amount of $50,000.00

**IT IS FURTHER ORDERED** that the Debtors shall retain $16,206.09 from the net proceeds.

**IT IS FURTHER ORDERED** that Debtors will remit $5,000.00 from the net proceeds to the Trustee within 30 days of receipt of the funds.

**IT IS FURTHER ORDERED** that unsecured creditors shall receive a dividend no less than 100% of their duly filed claims.

**IT IS FURTHER ORDERED** that Debtors are excused from remitting any further tax refunds.

**IT IS FURTHER ORDERED** that the fees in the approximate amount of $19,000.00 be approved as to Joint Debtor's attorneys, Laminack, Pirtle & Martine and Kirkendall Dwyer LLP, constituting 40% of the net settlement amount pursuant to the retainer agreement.

**Signed on May 20, 2020**



/s/ Phillip J. Shefferly
_____
**Phillip J. Shefferly
United States Bankruptcy Judge**